**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**  303-844-2527
  Judge

January 28, 2010

<u>MEMORANDUM</u>

TO:       Greg Langham, Clerk

FROM:   Judge Babcock         s/LTB

RE:       Criminal Action No.  10-cr-00028-LTB
            United States of America v. Romero and Lockhart

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp