IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Laird T. Milburn

Criminal Action No.   10-cr-00028-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

STEVEN CLAY ROMERO,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED:   January 28, 2010

      Further Proceedings in this case set for February 04, 2010 at 1:30 p.m. is **VACATED** and rescheduled to February 04, 2010 at **2:30 p.m.**