IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Laird T. Milburn

Criminal Action No.   10-cr-00028-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

STEVEN CLAY ROMERO,

      Defendant.

## AMENDED MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED:   January 28, 2010

    Further Proceedings in this case have been set for February 04, 2010 at 2:30 p.m., **at the U.S. District Court, 901 19th Street, Denver, Colorado, before the Honorable Philip A. Brimmer.**