IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00028-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN CLAY ROMERO,

    Defendant.
_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    Due to a conflict in the Court's calendar the sentencing hearing set for **July 30, 2010 at 9:00 a.m.** is VACATED and RESCHEDULED for **July 30, 2010 at <u>8:00</u> a.m.**

    DATED May 24, 2010.